**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

OMAR ARIETA and ARACELY ARIETA,
Individually, and as Next Friends of A.A.,
O.A., J.A., Minor Children,

Plaintiffs,

v. Case No. 1:24-cv-00917-MLG-KRS

INFOIMPEX, INC., BAKHITYOR
TURUSNOV, HT TRUCKING, INC.,
AMAZON FULFILLMENT SOLUTIONS
LLC, O&S LOGISTICS, INC.,
and AMAZON LOGISTICS, INC.,

Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED**
**FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court on the parties' Joint Motion to Approve Minor Settlements ("Motion for Settlements"), Doc. 106, and United States Magistrate Judge Kevin R. Sweazea's Proposed Findings and Recommended Disposition ("PFRD"), Doc. 110. After weighing the evidence presented in both the Report of Guardian Ad Litem ("GAL"), Doc. 103, and at the Fairness Hearing, Doc. 109, Judge Sweazea recommends that the Court approve the proposed settlement as being fair, reasonable, and in the best interest of the minor Plaintiffs. *See* Doc. 110 at 3 (citing *Jones v. Nuclear Pharmacy, Inc.*, 741 F.2d 322, 324 (10th Cir. 1984)). The PFRD was filed on July 13, 2026, and the parties filed a Joint Notice of No Objection to Magistrate Judge's Findings and Recommendations, Doc. 111, on August 4, 2026.

It is therefore ordered:

1. Judge Sweazea's PFRD, Doc. 110, is adopted;

2. The settlement, as outlined in the GAL Report, Doc. 103, is approved as being fair, reasonable, and in the best interest of the minor Plaintiffs;

3. The Motion for Settlements, Doc. 106, is granted;

4. The funds will be distributed as outlined in the GAL Report;

5. The GAL is hereby discharged from his duties; and

6. The parties will file closing documents within thirty days of this Order.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA